UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-22486

ALFREDO OLIVERA HERNANDEZ,

    Plaintiff,

vs.

VALPA MIA LLC D/B/A TACOS SONORA 305 AND HECTOR VALLES FELIX,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:    VALPA MIA LLC D/B/A TACOS SONORA 305
        c/o IVONNE PADRES QUIROGA, its Registered Agent
        999 SW 1ST AVE, #1716
        MIAMI, FL 33130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian H. Pollock, Esq.
        FairLaw Firm
        135 San Lorenzo Avenue
        Suite 770
        Coral Gables, FL 33146
        Tel:   (305) 230-4884
        brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 5, 2023



Angela E. Noble
Clerk of Court

SUMMONS

*s/ R. Bissainthe*

Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-22486

ALFREDO OLIVERA HERNANDEZ,

      Plaintiff,

vs.

VALPA MIA LLC D/B/A TACOS SONORA 305 AND HECTOR VALLES FELIX,

      Defendants.
_____/

**<u>SUMMONS IN A CIVIL ACTION</u>**

TO:    HECTOR VALLES FELIX
          999 SW 1ST AVE #1716
          MIAMI, FL 33130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Brian H. Pollock, Esq.
          FairLaw Firm
          135 San Lorenzo Avenue
          Suite 770
          Coral Gables, FL 33146
          Tel:    (305) 230-4884
          brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 5, 2023



Angela E. Noble
Clerk of Court

SUMMONS

*s/ R. Bissainthe*
Deputy Clerk
U.S. District Courts