UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-22486

ALFREDO OLIVERA HERNANDEZ,

    Plaintiff,

vs.

VALPA MIA LLC D/B/A TACOS
SONORA 305 AND HECTOR
VALLES FELIX,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

    Toussaint Cummings, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Alfredo Olivera Hernandez, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

    Dated this 10th day of July 2023.

                                                  s/ Toussaint Cummings, Esq.
                                                Toussaint Cummings, Esq. (119877)
                                                toussaint@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel: (305) 230-4884
                                                *Counsel for Plaintiff*