UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22486-ALTMAN/Reid

**ALFREDO OLIVERA HERNANDEZ**,

 *Plaintiff*,

v.

**VALPA MIA LLC** *d/b/a*
TACOS SONORA 305, *et al.*,

 *Defendant*.

_____/

**<u>ORDER</u>**

In our July 5, 2023 Order in Actions Brought Under the Fair Labor Standards Act (the "Order") [ECF No. 5], we instructed the Plaintiff to file his Statement of Claim by July 19, 2023, and to "promptly serve a copy of this Order, the Statement of Claim, and copies of **all** supporting documents . . . upon counsel for the Defendant(s)." That deadline has now passed, and the Plaintiff hasn't filed his Statement of Claim or requested an extension of time to do so. *See generally* Docket. Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1.  By **July 21, 2023**, the Plaintiff shall file his Statement of Claim.

2.  The Plaintiff shall promptly serve the Defendant with the Statement of Claim; a copy of our July 5, 2023 Order [ECF No. 5]; a copy of this Order; and copies of **all** supporting documents (including time sheets, pay stubs, etc.).

3.  Within **twenty (20) days** of being served with the Plaintiff's Statement of Claim, the Defendant shall file a "Response to the Plaintiff's Statement of Claim," setting forth in detail any defenses the Defendant may raise to the Plaintiff's claim and serve the Plaintiff with copies of **all** supporting documents.

4.  Within **thirty (30) days** of the Defendant's Response to the Plaintiff's Statement of

Claim, the parties shall attend a settlement conference before United States Magistrate Judge Lissette M. Reid, as described in our July 5, 2023 Order.

5. Failure to comply with this Order will result in sanctions, including dismissal of this action without further notice or entry of default.

**DONE AND ORDERED** in the Southern District of Florida on July 20, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record