UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-22486

ALFREDO OLIVERA HERNANDEZ,

    Plaintiff,

vs.

VALPA MIA LLC D/B/A TACOS SONORA 305 AND HECTOR VALLES FELIX,

    Defendants.
_____/

## **PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, Alfredo Olivera Hernandez, files this Statement of Claim based on the information known to Plaintiff and estimates as follows:

### *Preliminary Statement*

This Statement of Claim is not be construed as a demand, nor as an exact quantification of her damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

### *Information Requested by the Court*

    1.    Plaintiff does not have all of the time and pay records from his employment at this time, and so he must estimate the hours that worked, the pay that received for those hours, and the corresponding wages due.

2. Plaintiff prepared this Statement of Claim with the assistance of counsel.

3. Plaintiff is owed tips, overtime wages, and minimum wages.

4. Plaintiff estimated the amount he is owed as follows:

### Overtime

5. Plaintiff worked from approximately January 31, 2022 to July 31, 2022 (26 weeks).

6. Plaintiff contracted with Defendant to receive $13.00/hour.

7. Plaintiff was not paid overtime at the half-time rate of $6.50 an hour during any week that he worked.

8. Plaintiff estimates that he worked an average of 65 hours per week.

9. **25 hours/week x 26 weeks x $6.50 = $4,225.00 owed in overtime.**

### Tips

10. Plaintiff made an average of $800 in tips per month, but was only paid tips in 3 out of the 6 months he worked.

11. **$800/month x 3 months = $2,400.00 owed in tips.**

12. But Defendant ran an illegal tip pool that diverted Plaintiff's tips to improper members of Defendant's staff, and Plaintiff cannot estimate how much additional money he is owed in tips without knowing the full amount of tips Defendant recovered each month.

### Mininum Wage / Breach of Contract Claim (Gap time accounted for)

13. Plaintiff was not paid at all for the last 5 weeks that he worked.

14. Plaintiff should have been paid $13.00 for 40 hours per week.

    a. ($13 x 40 hours x 5 weeks = $2,600.00)

15. Plaintiff should have been paid $6.50 for 25 hours per week.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

  a. ($6.50 x 25 hours x 5 weeks = $812.50)

 **b. $2,600.00 + $812.50 = $3,412.50**

16. **Plaintiff estimates that he is owed at least $10,037.50 in tips, overtime, and minimum wages, which does not include the additional tips.**

17. Plaintiff also seeks liquidated in an amount equal to the above unpaid/underpaid overtime wages plus reasonable attorneys' fees and costs pursuant to the FLSA.

18. Plaintiff's Statement of Claim is based upon the information currently known and/or available.

19. Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendants, through discovery, and/or as additional/different information becomes known.

20. This Statement of Claim does not include any computation of for damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

Respectfully submitted this 21st day of July 2023.

        Toussaint Cummings, Esq.
        Toussaint Cummings, Esq. (119877)
        toussaint@fairlawattorney.com
        FAIRLAW FIRM
        135 San Lorenzo Ave
        Suite 770
        Coral Gables, FL 33146
        Tel:   305.230.4884
        *Counsel for Plaintiff*

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*