UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-22486

ALFREDO OLIVERA HERNANDEZ,

    Plaintiff,

vs.

VALPA MIA LLC D/B/A TACOS SONORA 305 AND HECTOR VALLES FELIX,

    Defendants.
_____/

## NOTICE OF DISSOCIATION AS COUNSEL FOR PLAINTIFF

Brian H. Pollock, Esq., of the FairLaw Firm, notifies the Court and all parties that Toussaint Cummings, Inc., has dissociated himself from the firm and is no longer of record for Plaintiff Alfredo Olivera Hernandez, in this action.

Dated this 24th day of August 2023.

                                                                      s/Brian H. Pollock, Esq.
                                                                      Brian H. Pollock, Esq.
                                                                      Fla. Bar No. 174742
                                                                      brian@fairlawattorney.com
                                                                      FAIRLAW FIRM
                                                                      135 San Lorenzo Avenue
                                                                      Suite 770
                                                                      Coral Gables, FL 33146
                                                                      Tel:    305.230.4884
                                                                      *Counsel for Plaintiff*