UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22486-ALTMAN/Reid

**ALFREDO OLIVERA HERNANDEZ**,

    *Plaintiff*,

v.

**VALPA MIA LLC** *d/b/a*
**TACOS SONORA 305**, *et al.*,

    *Defendant*.

_____/

## ORDER TO SHOW CAUSE

Federal Rule of Civil Procedure 4(m) requires the Plaintiff to serve the summons and complaint on each defendant within 90 days after the filing of the complaint. *See* FED. R. CIV. P. 4(m). The Plaintiff filed this action on July 5, 2023, giving it until October 3, 2023, to perfect service. *See* Complaint [ECF No. 1]. As of this writing, however, the Plaintiff hasn't filed proof of service on the Defendants. *See generally* Docket. Accordingly, we hereby **ORDER** the Plaintiff to serve *all* of the Defendants and to file proof of service on the docket by **October 3, 2023**. Failure to serve by that date will result in dismissal of any unserved Defendants without further notice.

**DONE AND ORDERED** in the Southern District of Florida on September 5, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record