UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-22486

ALFREDO OLIVERA HERNANDEZ,

    Plaintiff,

vs.

VALPA MIA LLC D/B/A
TACOS SONORA 305 AND
HECTOR VALLES FELIX,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Alfredo Olivera Hernandez, hereby notices the voluntary dismissal of this action **without prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) ("The dismissal is effective immediately upon the filing of a written notice of dismissal [by Plaintiff's counsel], and no subsequent court order is required.")

Respectfully submitted this 29th day of September, 2023.

                                s/Brian H. Pollock, Esq.
                                Brian H. Pollock, Esq.
                                Fla. Bar No. 174742
                                brian@fairlawattorney.com
                                FAIRLAW FIRM
                                135 San Lorenzo Avenue
                                Suite 770
                                Coral Gables, FL 33146
                                Tel:    305.230.4884
                                *Counsel for Plaintiff*