UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22486-ALTMAN/Reid

**ALFREDO OLIVERA HERNANDEZ**,

*Plaintiff*,

v.

**VALPA MIA LLC** *d/b/a*
**TACOS SONORA 305,** *et al.*,

*Defendant*.
_____/

## ORDER OF DISMISSAL

The Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 13] pursuant to Fed. R. Civ. P 41(a)(1)(A)(i). Being fully advised, the Court hereby **ORDERS** that this action is **DISMISSED** *without prejudice*. Each party shall bear its own attorneys' fees and costs. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on September 29, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record